# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JIMMY DON STEVENS                                                                              PLAINTIFF

V.                                              4:14CV00379 JM/JTR

JOHN DOES, et al.                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Thomas J. Ray and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.Plaintiff's claims against Defendants John Does, Department of Veterans Affairs, Little Rock Police Department, and Ault be DISMISSED without prejudice for failure to state a claim upon which relief can be granted.

2.Plaintiff's medical treatment claim be construed as stating a cause of action under the FTCA.

3.The United States of America be added as a Defendant to this action.

-1-

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Partial Disposition would not be taken in good faith.

DATED this 29th day of October, 2014.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE