**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JIMMY DON STEVENS                                              PLAINTIFF

V.                                   4:14CV00379 JM/JTR

JOHN DOES, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.        Plaintiff's Motion to Compel (Doc. 10) is DENIED.

2.        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED  this 21st day of November, 2014.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE