## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JIMMY DON STEVENS,                                          PLAINTIFF

V.                          4:14CV00379 JM/JTR

USA                                                         DEFENDANT

### ORDER

Pending before the Court are Plaintiff's Motions to Compel (Docs. 16, 19) and his Motion to Amend (Doc. 17). The Court will address each in turn.

### I. Motions to Compel

Plaintiff's first Motion to Compel seeks production of unspecified records kept by the estate of one Victor G. Hill. *Doc. 16 at 1-2.* Plaintiff also seeks unspecified records kept by the district attorney and public defender of Oklahoma County, Oklahoma, the Department of Veteran's Affairs Mental Health Clinic in Oklahoma City, and Oklahoma's Employee Assistance Program. *Id. at 2-3.* It is unclear what relevance, if any, these records have to the immediate action. Regardless, none of the aforementioned entities are parties to this action and the Court cannot compel them to provide Plaintiff's requested discovery.

Plaintiff's second Motion to Compel seeks to require the Washington County

Detention Center to release his Court mail. *Doc. 19 at 1*. Specifically, he alleges that he is missing Documents 14, 15, and 16. *Id.* As the Washington County Detention Center is not a party to this action, the Court cannot compel it to release his mail. The Court will, however, direct the Clerk of Court to mail Plaintiff copies of Documents, 14, 15, and 16 with this Order.

## II. Motion to Amend

Pursuant to his Motion to Amend, Plaintiff describes the administration of drugs to control his pain. *Doc. 17 at 3.* He does not allege, however, how the administration of these drugs, or the lack thereof, injured him. Nor does he specify how these drugs are related to the alleged shoulder injury which forms the basis of his current Federal Torts Act Claim. Absent such a nexus, the Court finds that Plaintiff's Motion to Amend should be denied.

## III. Conclusion

1.      Plaintiff's Motion to Compel (Doc. 16) is DENIED.

2.      Plaintiff's Motion to Compel (Doc. 19) is DENIED.

3.      The Clerk of Court is directed to mail Plaintiff copies of Documents 14, 15, and 16 with this Order.

4.      Plaintiff's Motion to Amend (Doc. 17) is DENIED.

Dated this 2nd day of December, 2014.


_____
UNITED STATES MAGISTRATE JUDGE