# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JIMMY DON STEVENS                                                                                       PLAINTIFF

V.                                        4:14CV00379 JM/JTR

UNITED STATES OF AMERICA                                                                    DEFENDANT

## ORDER

Plaintiff has filed this *pro se* action alleging that Defendant United States of America provided him with negligent medical care, in violation of the Federal Tort Claims Act. He has recently filed a Motion asking the Court to impose sanctions because unnamed individuals at the Washington County Jail have released unspecified information about "this case" to unnamed individuals. *Doc. 32.* Plaintiff does not allege any wrongdoing on the part of Defendant United States of America, which is the only Defendant in this lawsuit. Thus, Plaintiff's vague request for sanctions is denied.

If Plaintiff believes that individuals at the Washington County Detention Center are somehow violating his constitutional rights, he should raise that claim in a *new* federal lawsuit, after he has exhausted his available administrative remedies at the jail.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Sanctions *(Doc. 49)* is DENIED.

Dated this  10th  day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE