**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


JIMMY DON STEVENS                                                           PLAINTIFF

V.                                    4:14CV00379 JM/JTR

UNITED STATES OF AMERICA                                         DEFENDANT


## JUDGMENT

Consistent with the Order that was entered on this day, judgment is granted to defendants

and this case is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good

faith.

IT IS SO ORDERED this 22nd day of April, 2015.


_____
James M. Moody
United States District Judge